# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHAN MYPHRON WILLIAMS,
Petitioner,
vs.
THE STATE OF NEVADA; SOUTHERN
DESERT CORRECTIONAL CENTER;
AND BRIAN WILLIAMS,
Respondents.

No. 71033

**FILED**

OCT 13 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner challenges the validity of his judgment of conviction and sentence. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1]     NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

16 -31993

cc: Nathan Myphron Williams
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2